THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT WALCOTT, Appellant.— Motion to enlarge time and to hear appeal on original record granted upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT WALCOTT, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HERBERT H. ROEMMELT, Respondent, v. SELDEN SALES & SERVICE COMPANY OF NEW YORK, INC., and SELDEN TRUCK CORPORATION, Appellants. (Appeal No. 1.) — Motion for reargument denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANTHONY ROMAN, Respondent, v. JOSEPHINE ROMAN, Appellant.— Motion for reargument of motion for stay denied. The additional costs for advertising may be taxed in the final judgment. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

MOSES ROSENTHAL, Respondent, v. FRANK G. BROWN and Others, Copartners Doing Business under the Firm Name and Style of BROWN, FRIEDLANDER & CO., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

WILLIAM RUF, Trading as the WILLIAM RUF HEATING CO., Respondent, v. B. B. & F. REALTY CORPORATION, Defendant. PHILIP LEIZERKOWITZ, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

HARRY SCHNALL, Respondent, v. PARAGON FINANCE AND MORTGAGE CORPORATION, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JACOB SCHNEIDER, Respondent, v. ANNA AMATO, Formerly ANNA BRUSCA, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

SAMUEL SCHUMAN, Respondent, v. CHARLES SOLOMON, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JAMES SHEWAN & SONS, INC., Respondent, v. UNION SULPHUR COMPANY, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.